# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:12cr00203-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DENESHIA M. WAKEFIELD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on February 19, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of her probation.  The defendant was present and represented by Attorney Charles Fleming.

The initial violation report was referred to Magistrate Judge Nancy Vecchiarelli to conduct appropriate proceedings and for the issuance of a Report and Recommendation.  The Report and Recommendation was filed on January 31, 2013 [Doc. 8].  No objections were filed by the parties.  The Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

> 1) failure to pay special assessment and restitution;

> 2) making false statements concerning restitution payment.

The Court, after entertaining statements from counsel for the parties and the defendant, continued defendant's term of probation under the conditions earlier imposed and noted the following modifications: 1) defendant shall enter an adult program and work toward a Certificate

of General Educational Development (GED) ; 2) continue making restitution payments in the modified amount of $15.00 per month; 3) shall provide the probation officer with access to any requested financial information;  4) shall not incur new credit charges or open additional lines of credit without the approval of the probation officer; 5) comply with the Northern District of Ohio Offender Employment Policy; 6) comply with Financial Windfall Condition.

**IT IS SO ORDERED.**


Dated: February 20, 2013                          _s/_____James S. Gwin_____
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE